IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT

2007 MAY 24 PM 2: 31

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| JOHN HOWARD HITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 306-056 |
| | ) | |
| RON DAY, Chaplain, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, this case is **DISMISSED** without prejudice and shall be **CLOSED**.

Consequently, the pending motion for summary judgment (doc. no. 16) and motion to

dismiss (doc. no. 20) are **MOOT**.

SO ORDERED this 24th day of _____May_____, 2007.

_____
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE